# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO ZALDIVAR HERNANDEZ,

     Plaintiff,

vs.

FORD MOTOR COMPANY; GALPIN FORD; and DOES 1 through 10, inclusive,

     Defendants.

Case No.: 5:24-cv-07899-PCP

District Judge: Hon. P. Casey Pitts

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: May 22, 2026

_____

Honorable P. Casey Pitts

UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**